I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 7/27/2011

DEPUTY CLERK



FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JUL 27 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELIO XATRUCH,<br><br>  Petitioner,<br><br>vs.<br><br>DOMINGO URIBE, JR., Warden,<br><br>  Respondent. | Case No. CV 10-5551-JAK (RNB)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) petitioner's request for an evidentiary hearing is denied; and (2) Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: July 22, 2011

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE